[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-15297
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 15, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00190-RAL-EAJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TODD C. KAESTER,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Middle District of Florida

_____

(June 15, 2011)

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Mary A. Mills, appointed counsel for Todd C. Kaester in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Kaester's conviction and sentence are **AFFIRMED**.